**GREENBAUM, ROWE, SMITH & DAVIS LLP**
P.O. Box 5600
Woodbridge, NJ 07095
(732) 549-5600
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, and PRUDENTIAL TRUST COMPANY,<br><br>                              Plaintiffs,<br><br>v.<br><br>RBS FINANCIAL PRODUCTS, INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE, INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.), FINANCIAL ASSET SECURITIES CORP., and RBS SECURITIES, INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.),<br><br>                              Defendants. | No. 2:12-cv-06822-KM-MAH<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS RBS FINANCIAL PRODUCTS INC.; RBS ACCEPTANCE INC.; FINANCIAL ASSET SECURITIES CORP.; AND RBS SECURITIES INC.** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants RBS Financial Products Inc. (f/k/a Greenwich Capital Financial Products, Inc.); RBS Acceptance Inc. (f/k/a

Greenwich Capital Acceptance, Inc.); Financial Asset Securities Corp.; and RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.), by their undersigned counsel, state as follows:

1. Defendant RBS Financial Products Inc. (f/k/a Greenwich Capital Financial Products, Inc.) is an indirect wholly-owned subsidiary of The Royal Bank of Scotland Group, plc ("RBS Group"), a publicly held corporation whose stock is traded on the London Stock Exchange. RBS Group has no parent corporation and no publicly held corporation owns more than 10 percent of its stock.

2. Defendant RBS Acceptance Inc. (f/k/a Greenwich Capital Acceptance, Inc.) is an indirect wholly-owned subsidiary of RBS Group, a publicly held corporation whose stock is traded on the London Stock Exchange.

3. Defendant Financial Asset Securities Corp. is an indirect wholly-owned subsidiary of RBS Group, a publicly held corporation whose stock is traded on the London Stock Exchange.

4. Defendant RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.) is an indirect wholly-owned subsidiary of RBS Group, a publicly held corporation whose stock is traded on the London Stock Exchange.

DATED: November 6, 2012   Respectfully submitted,

By: */s/ Alan S. Naar*
Paul A. Rowe
Alan S. Naar
GREENBAUM, ROWE, SMITH & DAVIS LLP
P.O. Box 5600
Woodbridge, New Jersey 07095-0988
Telephone: 723-549-5600
Facsimile: 732-476-2411
prowe@greenbaumlaw.com
anaar@greenbaumlaw.com

Of Counsel:

Thomas C. Rice (trice@stblaw.com)
 (*pro hac vice* forthcoming)
Alan Turner (aturner@stblaw.com)
 (*pro hac vice* forthcoming)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502
trice@stblaw.com
aturner@stblaw.com

*Attorneys for Defendants RBS Financial Products Inc. (f/k/a Greenwich Capital Financial Products, Inc.); RBS Acceptance Inc. (f/k/a/ Greenwich Capital Acceptance, Inc.); Financial Asset Securities Corp.; and RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.)*

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on November 6, 2012.

                                              */s/ Alan S. Naar*
                                              Alan S. Naar